

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>RODRIGO LOPEZ AGUIRRE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-CR-00612-FLA -1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __Monday, January 9,__, __2023__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson__, in Courtroom __580__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: January 4, 2023      /s/ Karen L. Stevenson
                            U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                        Page 1 of 1